BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

BRIAN C. LEWIS (DCBN 476851)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile: (510) 637-3724
    E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

FILED
2015 OCT -8 A 9:18
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
N. DIST. OF CA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TYLER D. KLINE, <br><br> Defendant. | CRIMINAL NO. 4-15-71317 <br><br> NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that the above-named defendant was arrested on October 7, 2015, based upon an arrest warrant (copy attached) issued upon an

■    Indictment

☐    Information

☐    Criminal Complaint

☐    Other (describe) _____

pending in the Central District of Illinois, Case Number 15-10054-001-JBM-JEH

//

//

In that case, the defendant is charged in Counts One and Two with Distribution of MDMA, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C). The defendant is charged in Counts Three and Four with Distribution of Cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C). The defendant is charged in Count Five with Attempted Distribution of Cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and 846.

The maximum penalties for each of these offenses are: 20 years in prison, a $1,000,000 fine, not less than 3 years of supervised release, and a $100 special assessment. If the defendant has a prior conviction for a felony drug offense, the maximum penalties increase to: 30 years in prison, $2,000,000 fine, not less than 6 years of supervised release, and a $100 special assessment.

Respectfully Submitted,
BRIAN J. STETCH
Acting United States Attorney

Date: 10/6/15

BRIAN C. LEWIS
Assistant United States Attorney

1:15-cr-10054-JBM-JEH ▮ # 4 (Court only)   Page 1 of 1
E-FILED
Wednesday, 23 September, 2015 02:30:04 PM
Clerk, U.S. District Court, ILCD

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| United States of America | ) |
|---|---|
| v. | ) |
| Tyler D. Kline ▮ | ) Case No.  15-CR-10054-001 |
| ▮ | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Tyler D. Kline, ▮ ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Counts 1-2 Distribution of MDMA in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)
Counts 3-4 Distribution of Cacaine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)
Count 5, Attempt to Distribute Cocaine in violation of 21 U.S.C. §§§ 841(a)(1), 841(b)(1)(C) and 846

Date: 09/22/2015

*Issuing officer's signature*  /s/ Kenneth A. Wells

City and state: Peoria, Illinois

Kenneth A. Wells, Clerk of the Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____

at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*

E-FILED
Wednesday, 23 September, 2015 01:41:37 PM
Clerk, U.S. District Court, ILCD

FILED

SEP 22 2015

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

UNITED STATES OF AMERICA,      )
                               )
        Plaintiff,             )
                               )
    v.                         )      Criminal No. 15-10054
                               )
TYLER D. KLINE,                )      VIO: 21 U.S.C. §§ 841(a)(1),
                               )      841(b)(1)(C), 846
                               )
                               )
        Defendant.             )
                               )

## INDICTMENT

The Grand Jury charges:

### COUNT 1
### (Distribution of MDMA)

On or about November 20, 2014, in Peoria County, in the Central District of Illinois, and elsewhere, the defendant,

Tyler D. Kline

did knowingly distribute a controlled substance, MDMA (3, 4-methylenedioxy amphetamine), a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 2
### (Distribution of MDMA)

On or about January 30, 2015, in Peoria County, in the Central District of Illinois, and elsewhere, the defendant,

**Tyler D. Kline**

did knowingly distribute a controlled substance, MDMA (3, 4-methylenedioxy amphetamine hydrochloride), a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3
### (Distribution of Cocaine)

On or about March 21, 2015, in Peoria County, in the Central District of Illinois, and elsewhere, the defendant,

**Tyler D. Kline**

did knowingly distribute a controlled substance, cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 4
### (Distribution of Cocaine)

On or about April 6, 2015, in Peoria County, in the Central District of Illinois, and elsewhere, the defendant,

### Tyler D. Kline

did knowingly distribute a controlled substance, cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 5
### (Attempt to Distribute)

On or about April 30, 2015, in the Central District of Illinois, and elsewhere, the defendant,

### Tyler D. Kline

did knowingly attempt to distribute a controlled substance, cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and 846.

A True Bill,

s/Foreperson
_____
Foreperson

s/Tate Chambers
_____
JAMES A. LEWIS
UNITED STATES ATTORNEY

KTC/amr

1:15-cr-10054-JBM-JEH   # 3   Page 1 of 3

**FILED**
SEP 22 2015
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Wednesday, 23 September, 2015 01:58:46 PM
Clerk, U.S. District Court, ILCD

# Defendant Information Sheet
## Central District of Illinois
## Peoria Division

Calendar No: 4

Page 1

| | | |
|---|---|---|
| To Be Sealed: YES | Arrest Warrant to Issue: YES | Summons to Issue: NO |
| Defendant Currently In Custody: NO | Bond Recommended: | |
| Notice to be sent by Clerk: NO | No Bond | |
| U.S. Attorney to Petition for Writ: NO | If Release Recommended, Amount of Bond: $ | |

So Ordered: /s/ Judge    Date: 9/22/15

United States of America
vs.
Tyler Kline

Case No: 15-10054
Judge: _____
County of Offense: Peoria

Charged By: Indictment

Defendant's Name: Tyler D. Kline
Date of Birth: [redacted]   Sex: Male   SSN: [redacted]
Address: [redacted]
Attorney:

Citizenship: U.S. Citizen
Race: White
Ethnicity: Non Hispanic
Type of Charge: Felony

| Count | Charge | Statute | Penalty |
|---|---|---|---|
| 1-2 | Distribution of MDMA | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) | First offense: no more than 20 years imprisonment; no more than $1,000,000 fine; no less than 3 years supervised release; $100 special assessment. Second offense: no more than 30 years imprisonment; no more than $2,000,000 fine; no less than 6 years supervised release; $100 special assessment |
| 3-4 | Distribution of Cocaine | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) | First offense: no more than 20 years imprisonment; no more than $1,000,000 fine; no less than 3 years supervised release; $100 special assessment. Second offense: no more than 30 years imprisonment; no more than $2,000,000 fine; no less than 6 years supervised release; $100 special assessment |

✓

| Defendant Information Sheet | Page 2 |
|---|---|

Case Agent/Officer: Keith Williams, Postal Inspector

Telephone No.: ▮▮▮▮▮▮▮▮  Agency/Dept.: US Postal Inspection Service

### Proceeding:

☐ Prosecution relates to prior proceeding(s) or
  Case Number: _____ Location: _____

☐ Prosecution relates to another federal case in the Central District of Illinois
  Case Number: _____ Name of Case: _____

☐ Defendant is awaiting trial in another Federal or State Court
  Name of Court: _____
  Location: _____

☑ None of the above

### Custodial Status:

☐ In Custody
  ○ On this charge
    Location: _____
  ○ On another pending charge
    Name of Court: _____ Location: _____
  ○ In administrative custody
    Agency: _____ Location: _____
  ○ Serving a sentence of imprisonment
    Name of Institution: _____ Location: _____

☑ Not in Custody
  ○ Has not been arrested
  ○ On bond or release from the Central District of Illinois
  ○ On bond or release from another District
    Name of District: _____
  ○ To be served with summons

Name of person furnishing information on this form: James A. Lewis- United States Attorney

Name(s) of assigned Assistant United States Attorney(s): K. Tate Chambers- Assistant United States Attorney

| 5 | Attempt to Distribute Cocaine | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) | First offense: no more than 20 years imprisonment; no more than $1,000,000 fine; no less than 3 years supervised release; $100 special assessment |
| | | | Second offense: no more than 30 years imprisonment; no more than $2,000,000 fine; no less than 6 years supervised release; $100 special assessment |

Totals:

First Offense: no more than 100 months imprisonment; no more than $5,000,000 fine; no less than 3 years supervised release to life; $500 special assessment

Second Offense: no more than 150 years imprisonment; no more than 10,000,000 fine; no less than 6 years to life supervised release; $500 special assessment